IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01337-PSF-OES

ANGEL COOK,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

**ORDER GRANTING STAY PENDING ARBITRATION**

    The parties' Stipulated Motion for Stay Pending Arbitration (Dkt. # 8) is GRANTED. This case is administratively closed subject to possible reopening upon the granting of a motion filed by either party to confirm or vacate any arbitration award.

    DATED: September 16, 2005

                                                BY THE COURT:

                                                s/ Phillip S. Figa
                                                _____
                                                Phillip S. Figa
                                                United States District Judge